IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRYSTAL WORTHINGTON                                                              PLAINTIFF

V.                         CASE NO. 1:15-cv-00039-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is considered, ordered, and adjudged that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 17th day of November, 2015.

_____
United States Magistrate Judge